**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BRUCE CARPER, Individually and on behalf of all other similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> TMC THE METALS COMPANY INC. F/K/A SUSTAINABLE OPPORTUNITIES ACQUISITION CORP., GERARD BARRON, and SCOTT LEONARD, <br><br> Defendants. | Case No. 1:21-cv-05991-EK-SJB |

**STIPULATION AND ORDER EXTENDING DEFENDANTS'
TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

WHEREAS, on October 28, 2021, Plaintiff Bruce Carper ("Plaintiff") filed a Class Action Complaint for Violation of the Federal Securities Laws (the "Complaint") in the above-captioned action (the "Action") against Defendants TMC the metals company Inc. f/k/a Sustainable Opportunities Acquisition Corp. ("TMC" or the "Company"), Gerard Barron, and Scott Leonard ("Defendants" and together with Plaintiff, the "Parties");

WHEREAS, the Action is subject to the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4 (the "PSLRA"), which provides, among other things, that (i) not later than 20 days after the date on which the first complaint in a private putative securities class action is filed, the plaintiff shall publish a notice advising members of the purported plaintiff class, (ii) not later than 60 days after the date on which the notice is published, any member of the purported class may move the Court to serve as lead plaintiff of the purported class, and (iii) not later than 90 days after the date on which the notice is published, the Court shall appoint the "most adequate plaintiff" as lead plaintiff for the putative class ("Lead Plaintiff");

WHEREAS, the deadline for lead plaintiff motions is December 27, 2021;

WHEREAS, the Parties anticipate that, following the statutory lead plaintiff process, the Court-appointed Lead Plaintiff and approved Lead Counsel will file an amended complaint;

WHEREAS, the Parties agree that Defendants should not be required to respond to any complaint in this Action until after Lead Plaintiff and Lead Counsel are appointed and the anticipated amended complaint is filed or the designation of the operative complaint by such Court-appointed Lead Plaintiff and approved Lead Counsel; and

WHEREAS, the Parties have met and conferred and, for the convenience of the Parties and the Court, hereby enter into the following stipulation regarding the schedule in this matter;

**IT IS HEREBY STIPULATED AND AGREED**, by and among the undersigned counsel for the Parties, subject to the approval of the Court, that:

1. Each Defendant hereby accepts service of the Complaint, provided, however, that the acceptance of service and entry into this Stipulation shall not waive, and Defendants expressly preserve, any rights, claims or defenses other than a defense as to the sufficiency of service of the summons and Complaint.

2. The time for any Defendant to answer, move or otherwise respond to the Complaint shall be extended until a date to be agreed to by Lead Plaintiff and Defendants, and ordered by the Court, following the appointment of Lead Plaintiff pursuant to the PSLRA.

3. Within 14 days after the Court enters an order appointing Lead Plaintiff and Lead Plaintiff's counsel ("Lead Counsel"), counsel for Defendants and Lead Counsel shall confer and jointly submit to the Court a proposed schedule for: (1) the filing of an amended complaint or the designation of an operative complaint, and (2) for the filing and briefing of any motion(s) to dismiss by any Defendant(s).

Dated:  November 9, 2021

**THE ROSEN LAW FIRM, P.A.**

/s/ Phillip Kim
Phillip Kim
Laurence M. Rosen
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone:  (212) 686-1060
Facsimile:  (212) 202-3827
pkim@rosenlegal.com
lrosen@rosenlegal.com

*Counsel for Plaintiff Bruce Carper*

**KIRKLAND & ELLIS LLP**

/s/ Stefan Atkinson
Stefan Atkinson
601 Lexington Avenue
New York, New York  10022
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
stefan.atkinson@kirkland.com

*Counsel for Defendants TMC the metals company Inc. f/k/a Sustainable Opportunities Acquisition Corp., Gerard Barron, and Scott Leonard*

Dated:  November 10, 2021
Brooklyn, New York

SO ORDERED.

/s/ *Sanket J. Bulsara*
SANKET J. BULSARA
United States Magistrate Judge

3