**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BRUCE CARPER, Individually and on behalf of all others similarly situated, | |
| Plaintiff, | |
| v. | Case No.: 1:21-cv-05991-EK-SJB |
| TMC THE METALS COMPANY INC. F/K/A SUSTAINABLE OPPORTUNITIES ACQUISITION CORP., GERARD BARRON, and SCOTT LEONARD, | Hon. Eric R. Komitee |
| Defendants. | |
| PHUOC CHAN TRAN, Individually and on behalf of all others similarly situated, | |
| Plaintiff, | |
| v. | Case No.: 1:21-cv-06325-ARR-CLP |
| TMC THE METALS COMPANY INC. F/K/A SUSTAINABLE OPPORTUNITIES ACQUISITION CORP., GERARD BARRON, and SCOTT LEONARD, | Hon. Allyne R. Ross |
| Defendants. | |

**DECLARATION OF ADAM M. APTON IN SUPPORT OF TRAN S. HIEN'S MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

I, Adam M. Apton, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movant Tran S. Hien ("Movant") and proposed Lead Counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of

Movant's motion for Consolidation of the above-captioned actions (the "Actions"), appointment as Lead Plaintiff, and approval of his selection of Levi & Korsinsky, as Lead Counsel for the Class.

3.      Attached hereto as the exhibits are true and correct copies of the following:

**Exhibit A**:    PSLRA Certification signed by Movant attesting to his transactions of TMC the metals company Inc. f/k/a Sustainable Opportunities Acquisition Corp. ("TMC" or the "Company") securities;

**Exhibit B**:    Loss Chart reflecting the losses incurred by Movant as a result of his transactions in TMC securities;

**Exhibit C**:    Press Release published October 28, 2021, on *Business Wire,* announcing the pendency of the first-filed securities class action against defendants herein: *Carper v. TMC the metals company Inc. f/k/a Sustainable Opportunities Acquisition Corp., et. al.,* Case No. 1:21-cv-05991-EK-SJB;

**Exhibit D**:    Firm Résumé of Pomerantz, proposed Co-Lead Counsel for the Class; and

I declare under penalty of perjury that the foregoing facts are true and correct.

Dated: December 27, 2021                              Respectfully Submitted,

                                                            */s/ Adam M. Apton*
                                                            Adam M. Apton

2