# EXHIBIT B

| Client Name | Tran S. Hien |
| --- | --- |
| Company Name | TMC the metals company Inc. f/k/a Sustainable Opportunities Acquisition Corp. |
| Ticker Symbol | TMC |
| Security Type | |
| Class Period Start | 03-04-2021 |
| Class Period End | 10-05-2021 |
| 90-DAY Lookback Period Start | 10-06-2021 |
| 90-DAY Lookback Period End | 12-26-2021 |
| 90-DAY Lookback Average | $ 03.02 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
| --- | --- |
| LIFO Loss Total | $40,250.00 |
| *DURA LIFO* Total* | $40,250.00 |
| Gross Shares Purchased | 17,500 |
| Net Shares Retained | 17,500 |
| Net Funds Expended | $95,550.00 |

**Tran S. Hien**

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 09-23-2021 | 17500 | 5.46 | $ 95,550.00 | 12-15-2021 | | 17500 | $ 03.16 | | $ 55,300.00 | 17500 | - | $ 03.02 | | $ 40,250.00 | $ 40,250.00 |
| **Total:** | **17,500** | | **$95,550.00** | | | **17,500** | | | **$55,300** | **17,500** | | | | **$40,250.00** | **$40,250.00** |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.