UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRUCE CARPER, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TMC THE METALS COMPANY INC. F/K/A SUSTAINABLE OPPORTUNITIES ACQUISITION CORP., GERARD BARRON, and SCOTT LEONARD,<br><br>Defendants. | Case No.  1:21-cv-05991-EK-SJB<br><br>DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF POINT12 DIVERSIFIED FUND, LP AND KYLE AUTRY FOR CONSOLIDATION, APPOINTMENT AS CO-LEAD PLAINTIFFS, AND APPROVAL OF LEAD COUNSEL |
| PHUOC CHAN TRAN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TMC THE METALS COMPANY INC. F/K/A SUSTAINABLE OPPORTUNITIES ACQUISITION CORP., GERARD BARRON, and SCOTT LEONARD,<br><br>Defendants. | Case No.  1:21-cv-06325-ARR-CLP |

I, Jeremy A. Lieberman, hereby declare as follows:

1.     I am an attorney with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Point12 Diversified Fund, LP ("Point12") and Kyle Autry ("Autry"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Point12 and Autry's motion for consolidation of the above-captioned related actions (the "Related Actions"), appointment as Co-Lead Plaintiff for the Class, and approval of Point12 and Autry's selection of Pomerantz as Lead Counsel for the Class.

2.     Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    Chart reflecting the financial interest of Point12 and Autry in this litigation;

Exhibit B:    Press release announcing the pendency of the first-filed of the Related Actions;

Exhibit C:    Shareholder Certifications executed on behalf of Point12 and by Autry;

Exhibit D:    Joint Declaration executed on behalf of Point12 and by Autry; and

Exhibit E:    Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on December 27, 2021 at New York, New York.

/s/ Jeremy A. Lieberman
Jeremy A. Lieberman

1