# EXHIBIT A

**TMC the metals company Inc. (TMC) (f/k/a Sustainable Opportunities Acquisition Corp.)**
**Class Period: March 4, 2021 to October 5, 2021**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Security | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Summary | | | | | | | | | | | | |
| Point12 Diversified Fund, LP | | | 31,000 | | ($241,400) | | (31,000) | | $98,913 | 31,000 | 0 | ($142,487) |
| Autry, Kyle | | | 32,100 | | ($190,498) | | (32,100) | | $134,616 | 23,844 | 0 | ($55,883) |
| **Total** | | | **63,100** | | **($431,898)** | | **(63,100)** | | **$233,529** | **54,844** | **0** | **($198,370)** |
| | | | | | | | | | | | | |
| Point12 Diversified Fund, LP | Common Stock | 9/21/2021 | 15,000 | $8.9960 | ($134,940) | 12/6/2021* | (5,382) | $3.3219 | $17,878 | | | |
| Point12 Diversified Fund, LP | Common Stock | 9/22/2021 | 6,000 | $8.4867 | ($50,920) | 12/15/2021* | (25,618) | $3.1632 | $81,035 | | | |
| Point12 Diversified Fund, LP | Common Stock | 9/23/2021 | 8,000 | $5.8813 | ($47,050) | | | | | | | |
| Point12 Diversified Fund, LP | Common Stock | 9/30/2021 | 2,000 | $4.2450 | ($8,490) | | | | | | | |
| **Point12 Diversified Fund, LP** | | | **31,000** | | **($241,400)** | | **(31,000)** | | **$98,913** | **31,000** | **0** | **($142,487)** |
| | | | | | | | | | | | | |
| **Autry, Kyle** | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| Autry, Kyle | Common Stock | 9/22/2021 | 2,000 | $7.2280 | ($14,456) | 9/29/2021 | (1,000) | $4.8317 | $4,832 | | | |
| Autry, Kyle | Common Stock | 9/22/2021 | 1,530 | $6.9600 | ($10,649) | 9/28/2021 | (1,006) | $5.2000 | $5,231 | | | |
| Autry, Kyle | Common Stock | 9/22/2021 | 1,000 | $8.8100 | ($8,810) | 9/30/2021 | (250) | $4.3700 | $1,093 | | | |
| Autry, Kyle | Common Stock | 9/22/2021 | 1,000 | $8.6600 | ($8,660) | 10/1/2021 | (14) | $4.8900 | $68 | | | |
| Autry, Kyle | Common Stock | 9/22/2021 | 1,000 | $8.3481 | ($8,348) | 10/1/2021 | (200) | $5.0100 | $1,002 | | | |
| Autry, Kyle | Common Stock | 9/22/2021 | 1,000 | $7.5057 | ($7,506) | 10/1/2021 | (400) | $5.0100 | $2,004 | | | |
| Autry, Kyle | Common Stock | 9/22/2021 | 1,000 | $7.2899 | ($7,290) | 10/1/2021 | (400) | $5.0100 | $2,004 | | | |
| Autry, Kyle | Common Stock | 9/22/2021 | 1,000 | $6.8900 | ($6,890) | 10/1/2021 | (486) | $4.8900 | $2,377 | | | |
| Autry, Kyle | Common Stock | 9/22/2021 | 1,000 | $7.2600 | ($7,260) | 10/1/2021 | (500) | $4.8900 | $2,445 | | | |
| Autry, Kyle | Common Stock | 9/22/2021 | 1,000 | $6.9456 | ($6,946) | 10/1/2021 | (1,000) | $4.9500 | $4,950 | | | |
| Autry, Kyle | Common Stock | 9/22/2021 | 900 | $6.9700 | ($6,273) | 10/4/2021 | (100) | $4.7900 | $479 | | | |
| Autry, Kyle | Common Stock | 9/22/2021 | 850 | $6.9041 | ($5,868) | 10/4/2021 | (900) | $4.7906 | $4,312 | | | |
| Autry, Kyle | Common Stock | 9/22/2021 | 400 | $7.5595 | ($3,024) | 10/4/2021 | (1,000) | $4.7523 | $4,752 | | | |
| Autry, Kyle | Common Stock | 9/22/2021 | 377 | $6.9550 | ($2,622) | 10/5/2021 | (100) | $4.4700 | $447 | | | |
| Autry, Kyle | Common Stock | 9/22/2021 | 330 | $7.5595 | ($2,495) | 10/5/2021 | (900) | $4.4600 | $4,014 | | | |
| Autry, Kyle | Common Stock | 9/22/2021 | 100 | $7.5595 | ($756) | 10/22/2021* | (23,844) | $3.7215 | $88,736 | | | |
| Autry, Kyle | Common Stock | 9/22/2021 | 100 | $6.9550 | ($696) | | | | | | | |
| Autry, Kyle | Common Stock | 9/22/2021 | 90 | $7.5595 | ($680) | | | | | | | |
| Autry, Kyle | Common Stock | 9/22/2021 | 90 | $6.9600 | ($626) | | | | | | | |
| Autry, Kyle | Common Stock | 9/22/2021 | 55 | $7.5595 | ($416) | | | | | | | |
| Autry, Kyle | Common Stock | 9/22/2021 | 25 | $7.5595 | ($189) | | | | | | | |
| Autry, Kyle | Common Stock | 9/22/2021 | 3 | $6.9600 | ($21) | | | | | | | |
| Autry, Kyle | Common Stock | 9/29/2021 | 1,000 | $4.7800 | ($4,780) | | | | | | | |
| Autry, Kyle | Common Stock | 9/28/2021 | 1,000 | $5.1899 | ($5,190) | | | | | | | |
| Autry, Kyle | Common Stock | 9/29/2021 | 1,000 | $4.7782 | ($4,778) | | | | | | | |
| Autry, Kyle | Common Stock | 9/29/2021 | 700 | $4.4400 | ($3,108) | | | | | | | |
| Autry, Kyle | Common Stock | 9/29/2021 | 300 | $4.4300 | ($1,329) | | | | | | | |
| Autry, Kyle | Common Stock | 9/29/2021 | 146 | $4.3500 | ($635) | | | | | | | |
| Autry, Kyle | Common Stock | 9/29/2021 | 72 | $4.3500 | ($313) | | | | | | | |
| Autry, Kyle | Common Stock | 9/29/2021 | 14 | $4.3500 | ($61) | | | | | | | |
| Autry, Kyle | Common Stock | 9/29/2021 | 13 | $4.3500 | ($57) | | | | | | | |
| Autry, Kyle | Common Stock | 9/29/2021 | 5 | $4.3500 | ($22) | | | | | | | |
| Autry, Kyle | Common Stock | 10/1/2021 | 1,000 | $4.8189 | ($4,819) | | | | | | | |
| Autry, Kyle | Common Stock | 10/1/2021 | 1,000 | $4.7900 | ($4,790) | | | | | | | |

*Post-class period sales are valued at the higher of:
1) actual sale price and 2) average closing prices from October 6 to the date of sale

**TMC the metals company Inc. (TMC) (f/k/a Sustainable Opportunities Acquisition Corp.)**
**Class Period: March 4, 2021 to October 5, 2021**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Security | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Autry, Kyle | Common Stock | 10/4/2021 | 1,000 | $4.7000 | ($4,700) | | | | | | | |
| Autry, Kyle | Common Stock | 10/4/2021 | 400 | $4.7395 | ($1,896) | | | | | | | |
| Autry, Kyle | Common Stock | 10/4/2021 | 288 | $4.7395 | ($1,365) | | | | | | | |
| Autry, Kyle | Common Stock | 10/4/2021 | 100 | $4.7350 | ($474) | | | | | | | |
| Autry, Kyle | Common Stock | 10/4/2021 | 100 | $4.7395 | ($474) | | | | | | | |
| Autry, Kyle | Common Stock | 10/4/2021 | 100 | $4.7395 | ($474) | | | | | | | |
| Autry, Kyle | Common Stock | 10/4/2021 | 12 | $4.7395 | ($57) | | | | | | | |
| Autry, Kyle | Common Stock | 10/5/2021 | 2,000 | $4.5782 | ($9,156) | | | | | | | |
| Autry, Kyle | Common Stock | 10/5/2021 | 2,000 | $4.5480 | ($9,096) | | | | | | | |
| Autry, Kyle | Common Stock | 10/5/2021 | 2,000 | $4.5500 | ($9,100) | | | | | | | |
| Autry, Kyle | Common Stock | 10/5/2021 | 1,000 | $4.4400 | ($4,440) | | | | | | | |
| Autry, Kyle | Common Stock | 10/5/2021 | 1,000 | $4.3556 | ($4,356) | | | | | | | |
| Autry, Kyle | Common Stock | 10/5/2021 | 1,000 | $4.4500 | ($4,450) | | | | | | | |
| **Autry, Kyle** | **Common Stock** | | **32,100** | | **($190,398)** | | **(32,100)** | | **$128,746** | **23,844** | **0** | **($61,653)** |
| | | | | | | | | | | | | |
| Autry, Kyle | TMC 10/01/2021 Call $8.50 | 10/1/2021 | 190 | Expired | $0 | 9/24/2021 | (190) | $0.2000 | $3,800 | 0 | 0 | $3,800 |
| Autry, Kyle | TMC 10/01/2021 Call $7.50 | 10/1/2021 | 50 | Expired | $0 | 9/24/2021 | (50) | $0.3600 | $1,800 | 0 | 0 | $1,800 |
| Autry, Kyle | TMC 10/01/2021 Call $9.00 | 10/1/2021 | 10 | Expired | $0 | 9/24/2021 | (10) | $0.2000 | $200 | 0 | 0 | $200 |
| Autry, Kyle | TMC 01/19/2024 Call $22.00 | 10/5/2021 | 1 | $1.0000 | ($100) | 10/8/2021 | (1) | $0.7000 | $70 | 1 | 0 | ($30) |
| **Autry, Kyle** | **Options** | | **251** | | **($100)** | | **(251)** | | **$5,870** | **1** | **0** | **$5,770** |
| Summary | | | | | | | | | | | | |
| Autry, Kyle | Common Stock | | 32,100 | | ($190,398) | | (32,100) | | $128,746 | | | ($61,653) |
| Autry, Kyle | Options | | 251 | | ($100) | | (251) | | $5,870 | | | $5,770 |
| **Autry, Kyle** | | | **32,100** | | **($190,498)** | | **(32,100)** | | **$134,616** | **23,844** | **0** | **($55,883)** |

*Post-class period sales are valued at the higher of:
1) actual sale price and 2) average closing prices from October 6 to the date of sale