# EXHIBIT C

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.      I, Preston Ward, on behalf of Point12 Diversified Fund, LP ("Point12"), as Chief Investment Officer, with authority to bind Point12 and enter into litigation on its behalf, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.      I have reviewed a Complaint against TMC the metals company Inc. ("TMC" or the "Company") and authorize the filing of a lead plaintiff motion on behalf of Point12.

3.      Point12 did not purchase or acquire TMC securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.      Point12 is willing to serve as a representative party on behalf of a Class of investors who purchased or otherwise acquired TMC securities during the class period, including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.      The attached sheet lists all of Point12's transactions in TMC securities during the Class Period as specified in the Complaint.

6.      During the three-year period preceding the date on which this Certification is signed, Point12 has not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7.      Point12 agrees not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond its pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered

or approved by the Court.

8.       I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

December 27, 2021

**Executed** _____

            **(Date)**

DocuSigned by:

_Preston Ward_

9826DFA4F4FD4F5...

          **(Signature)**

Preston Ward
Chief Investment Officer
Point12 Diversified Fund, LP

**TMC the metals company Inc. (TMC) (f/k/a Sustainable Opportunities Acquisition Corp.)**     **Point12 Diversified Fund, LP**

**List of Purchases and Sales**

| Security Type | Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Common Stock | Purchase | 9/21/2021 | 15,000 | $8.9960 |
| Common Stock | Purchase | 9/22/2021 | 6,000 | $8.4867 |
| Common Stock | Purchase | 9/23/2021 | 8,000 | $5.8813 |
| Common Stock | Purchase | 9/30/2021 | 2,000 | $4.2450 |

**CERTIFICATION PURSUANT
TO FEDERAL SECURITIES LAWS**

1.    I, _____Kyle Autry_____, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.    I have reviewed a Complaint against TMC the metals company Inc. ("TMC" or the "Company") and authorize the filing of a comparable complaint on my behalf.

3.    I did not purchase or acquire TMC securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.    I am willing to serve as a representative party on behalf of a Class of investors who purchased or otherwise acquired TMC securities during the class period, including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.    The attached sheet lists all of my transactions in TMC securities during the Class Period as specified in the Complaint.

6.    During the three-year period preceding the date on which this Certification is signed, I have not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7.    I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.    I declare under penalty of perjury that the foregoing is true and correct.


**Executed**  11/3/2021
          _____
             **(Date)**


          _____
               **(Signature)**


               Kyle Autry
          _____
             **(Type or Print Name)**

**TMC the metals company Inc. (TMC) (f/k/a Sustainable Opportunities Acquisition Corp.)**    **Autry, Kyle**

**List of Purchases and Sales**

| Security Type | Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Common Stock | Purchase | 9/22/2021 | 2,000 | $7.2280 |
| Common Stock | Purchase | 9/22/2021 | 1,530 | $6.9600 |
| Common Stock | Purchase | 9/22/2021 | 1,000 | $8.8100 |
| Common Stock | Purchase | 9/22/2021 | 1,000 | $8.6600 |
| Common Stock | Purchase | 9/22/2021 | 1,000 | $8.3481 |
| Common Stock | Purchase | 9/22/2021 | 1,000 | $7.5057 |
| Common Stock | Purchase | 9/22/2021 | 1,000 | $7.2899 |
| Common Stock | Purchase | 9/22/2021 | 1,000 | $6.8900 |
| Common Stock | Purchase | 9/22/2021 | 1,000 | $7.2600 |
| Common Stock | Purchase | 9/22/2021 | 1,000 | $6.9456 |
| Common Stock | Purchase | 9/22/2021 | 900 | $6.9700 |
| Common Stock | Purchase | 9/22/2021 | 850 | $6.9041 |
| Common Stock | Purchase | 9/22/2021 | 400 | $7.5595 |
| Common Stock | Purchase | 9/22/2021 | 377 | $6.9550 |
| Common Stock | Purchase | 9/22/2021 | 330 | $7.5595 |
| Common Stock | Purchase | 9/22/2021 | 100 | $7.5595 |
| Common Stock | Purchase | 9/22/2021 | 100 | $6.9550 |
| Common Stock | Purchase | 9/22/2021 | 90 | $7.5595 |
| Common Stock | Purchase | 9/22/2021 | 90 | $6.9600 |
| Common Stock | Purchase | 9/22/2021 | 55 | $7.5595 |
| Common Stock | Purchase | 9/22/2021 | 25 | $7.5595 |
| Common Stock | Purchase | 9/22/2021 | 3 | $6.9600 |
| Common Stock | Purchase | 9/26/2021 | 1,000 | $4.7800 |
| Common Stock | Purchase | 9/28/2021 | 1,000 | $5.1899 |
| Common Stock | Purchase | 9/29/2021 | 1,000 | $4.7782 |
| Common Stock | Purchase | 9/29/2021 | 700 | $4.4400 |
| Common Stock | Purchase | 9/29/2021 | 300 | $4.4300 |
| Common Stock | Purchase | 9/29/2021 | 146 | $4.3500 |
| Common Stock | Purchase | 9/29/2021 | 72 | $4.3500 |
| Common Stock | Purchase | 9/29/2021 | 14 | $4.3500 |
| Common Stock | Purchase | 9/29/2021 | 13 | $4.3500 |
| Common Stock | Purchase | 9/29/2021 | 5 | $4.3500 |
| Common Stock | Purchase | 10/1/2021 | 1,000 | $4.8189 |
| Common Stock | Purchase | 10/1/2021 | 1,000 | $4.7900 |
| Common Stock | Purchase | 10/4/2021 | 1,000 | $4.7000 |
| Common Stock | Purchase | 10/4/2021 | 400 | $4.7395 |
| Common Stock | Purchase | 10/4/2021 | 288 | $4.7395 |
| Common Stock | Purchase | 10/4/2021 | 100 | $4.7350 |
| Common Stock | Purchase | 10/4/2021 | 100 | $4.7395 |
| Common Stock | Purchase | 10/4/2021 | 100 | $4.7395 |
| Common Stock | Purchase | 10/4/2021 | 12 | $4.7395 |
| Common Stock | Purchase | 10/5/2021 | 2,000 | $4.5782 |
| Common Stock | Purchase | 10/5/2021 | 2,000 | $4.5480 |
| Common Stock | Purchase | 10/5/2021 | 2,000 | $4.5500 |
| Common Stock | Purchase | 10/5/2021 | 1,000 | $4.4400 |
| Common Stock | Purchase | 10/5/2021 | 1,000 | $4.3556 |
| Common Stock | Purchase | 10/5/2021 | 1,000 | $4.4500 |
| Common Stock | Sale | 9/26/2021 | (1,000) | $4.8317 |
| Common Stock | Sale | 9/28/2021 | (1,006) | $5.2000 |
| Common Stock | Sale | 9/30/2021 | (250) | $4.3700 |
| Common Stock | Sale | 10/1/2021 | (14) | $4.8900 |
| Common Stock | Sale | 10/1/2021 | (200) | $5.0100 |
| Common Stock | Sale | 10/1/2021 | (400) | $5.0100 |
| Common Stock | Sale | 10/1/2021 | (400) | $5.0100 |
| Common Stock | Sale | 10/1/2021 | (486) | $4.8900 |
| Common Stock | Sale | 10/1/2021 | (500) | $4.8900 |
| Common Stock | Sale | 10/1/2021 | (1,000) | $4.9500 |
| Common Stock | Sale | 10/4/2021 | (100) | $4.7900 |

**TMC the metals company Inc. (TMC) (f/k/a Sustainable Opportunities Acquisition Corp.)**      **Autry, Kyle**

**List of Purchases and Sales**

| Security Type | Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Common Stock | Sale | 10/4/2021 | (900) | $4.7906 |
| Common Stock | Sale | 10/4/2021 | (1,000) | $4.7523 |
| Common Stock | Sale | 10/5/2021 | (100) | $4.4700 |
| Common Stock | Sale | 10/5/2021 | (900) | $4.4600 |
| TMC 10/01/2021 Call $8.50 | Sale | 9/24/2021 | (7) | $0.2000 |
| TMC 10/01/2021 Call $8.50 | Sale | 9/24/2021 | (72) | $0.2000 |
| TMC 10/01/2021 Call $8.50 | Sale | 9/24/2021 | (6) | $0.2000 |
| TMC 10/01/2021 Call $8.50 | Sale | 9/24/2021 | (1) | $0.2000 |
| TMC 10/01/2021 Call $8.50 | Sale | 9/24/2021 | (99) | $0.2000 |
| TMC 10/01/2021 Call $8.50 | Sale | 9/24/2021 | (2) | $0.2000 |
| TMC 10/01/2021 Call $8.50 | Sale | 9/24/2021 | (1) | $0.2000 |
| TMC 10/01/2021 Call $8.50 | Sale | 9/24/2021 | (2) | $0.2000 |
| TMC 10/01/2021 Call $7.50 | Sale | 9/24/2021 | (50) | $0.3600 |
| TMC 10/01/2021 Call $9.00 | Sale | 9/24/2021 | (10) | $0.2000 |
| TMC 01/19/2024 Call $22.00 | Purchase | 10/5/2021 | 1 | $1.0000 |
| TMC 01/19/2024 Call $22.00 | Sale | 10/8/2021 | (1) | $0.7000 |