# EXHIBIT 3

**TMC the metals company Inc. f/k/a Sustainable Opportunities Acquisition Corp. Loss Chart**
**Class Period: March 4, 2021 and October 5, 2021**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | TMC Lookback Price | TMCWW Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | $3.04 | $0.69 |
| Hong, Steven Stock | 9/17/2021 | 5000 | ($11.08) | ($55,399.50) | 9/17/2021 | 5000 | $11.85 | $59,250.00 | | | | | |
| | 9/17/2021 | 4580 | ($10.96) | ($50,196.80) | 9/23/2021 | 10000 | $5.48 | $54,800.00 | | | | | |
| | 9/17/2021 | 100 | ($10.95) | ($1,095.00) | 9/23/2021 | 5100 | $5.47 | $27,897.00 | | | | | |
| | 9/17/2021 | 220 | ($10.94) | ($2,406.80) | 9/23/2021 | 4872 | $5.46 | $26,607.45 | | | | | |
| | 9/17/2021 | 100 | ($10.93) | ($1,093.00) | 9/23/2021 | 18 | $5.47 | $98.46 | | | | | |
| | 9/17/2021 | 4700 | ($11.10) | ($52,170.00) | 9/23/2021 | 10 | $5.46 | $54.60 | | | | | |
| | 9/17/2021 | 300 | ($11.10) | ($3,329.91) | 9/23/2021 | 4595 | $5.45 | $25,047.35 | | | | | |
| | 9/20/2021 | 5000 | ($8.75) | ($43,749.50) | 9/23/2021 | 800 | $5.63 | $4,504.00 | | | | | |
| | 9/20/2021 | 4000 | ($9.05) | ($36,198.80) | 9/23/2021 | 3205 | $5.66 | $18,140.30 | | | | | |
| | 9/22/2021 | 20000 | ($7.25) | ($144,998.00) | 9/23/2021 | 598 | $5.47 | $3,268.07 | | | | | |
| | | | | | 9/23/2021 | 802 | $5.46 | $4,378.92 | | | | | |
| | | | | | 9/23/2021 | 9000 | $5.47 | $49,230.90 | | | | | |
| | | 44000 | | ($390,637.31) | | 44000 | | $273,277.05 | 0 | $0.00 | ($117,360.26) | | |
| Warrants | 9/20/2021 | 224 | ($2.14) | ($479.36) | 10/21/2021 | 2474 | $0.60 | $1,485.14 | | | | | |
| | 9/20/2021 | 2250 | ($1.86) | ($4,184.78) | | | | | | | | | |
| | | 2474 | | ($4,664.14) | | 2474 | | $1,485.14 | 0 | $0.00 | ($3,178.99) | | |
| **TOTAL** | | **46474** | | **($395,301.45)** | | **46474** | | **$274,762.19** | **0** | **$0.00** | **($120,539.25)** | | |