UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

———————————————————— x
BRUCE CARPER, Individually and on Behalf    :    Civil Action No. 1:21-cv-05991-EK-SJB
of All Others Similarly Situated,           :
                                            :
                    Plaintiff,              :
                                            :
        vs.                                 :
                                            :
TMC THE METALS COMPANY INC. F/K/A           :
SUSTAINABLE OPPORTUNITIES                    :
ACQUISITION CORP., GERARD BARRON,           :
and SCOTT LEONARD,                          :
                                            :
                    Defendants.             :
                                            :
———————————————————— x

———————————————————— x
PHUOC CHAN TRAN, Individually and on        :    Civil Action No. 1:21-cv-06325-ARR-CLP
Behalf of All Others Similarly Situated,    :
                                            :
                    Plaintiff,              :
                                            :
        vs.                                 :
                                            :
TMC THE METALS COMPANY INC. F/K/A           :
SUSTAINABLE OPPORTUNITIES                    :
ACQUISITION CORP., GERARD BARRON,           :
and SCOTT LEONARD,                          :
                                            :
                    Defendants.             :
                                            :
———————————————————— x

NOTICE OF MOTION FOR CONSOLIDATION OF RELATED ACTIONS,
APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S
SELECTION OF LEAD COUNSEL

4895-2665-1655.v1

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that, on a date and at a time designated by the Court, Ali S. Afaneh will respectfully move this Court, pursuant to the Securities Exchange Act of 1934, 15 U.S.C.§78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), before the Honorable Eric R. Komitee at the United States District Court for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York, 11201, for entry of an order: (1) consolidating the above-captioned related securities class actions; (2) appointing Mr. Afaneh as Lead Plaintiff pursuant to the PSLRA, 15 U.S.C. §78u-4, *et seq.*; and (3) approving Mr. Afaneh's selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel for the proposed class.[1]  In support of this Motion, Mr. Afaneh submits the accompanying Memorandum of Law, the Declaration of David A. Rosenfeld, and a [Proposed] Order.

DATED:  December 27, 2021            Respectfully submitted,

                                     ROBBINS GELLER RUDMAN
                                       & DOWD LLP
                                     SAMUEL H. RUDMAN
                                     DAVID A. ROSENFELD


                                     *s/ David A. Rosenfeld*
                                     DAVID A. ROSENFELD

---

[1]    Counsel for Mr. Afaneh is aware of this Court's preference that motion-related papers are not to be filed until the entire motion is fully briefed.  However, the PSLRA requires any class member, regardless of whether they filed a complaint, to file a motion no later than 60 days after publication of the notice.  See 15 U.S.C. §78u-4(a)(3)(A).  All lead plaintiff motions in this case are statutorily due by December 27, 2021.  Accordingly, to comply with the PSLRA, counsel respectfully requests waiver of compliance with Your Honor's requirement in this narrow instance.

- 1 -

4895-2665-1655.v1

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
JENNIFER N. CARINGAL
MICHAEL ALBERT
JUAN CARLOS SANCHEZ
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone: 619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
jcaringal@rgrdlaw.com
malbert@rgrdlaw.com
jsanchez@rgrdlaw.com

[Proposed] Lead Counsel for [Proposed] Lead
Plaintiffs

4895-2665-1655.v1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on December 27, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ David A. Rosenfeld
DAVID A. ROSENFELD

ROBBINS GELLER RUDMAN
     & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

E-mail:  drosenfeld@rgrdlaw.com

4895-2665-1655.v1

# Mailing Information for a Case 1:21-cv-05991-EK-SJB Carper v. TMC the metals company Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Adam Apton**
  aapton@zlk.com

- **Phillip Kim**
  pkim@rosenlegal.com,pkrosenlaw@ecf.courtdrive.com

- **Jeremy Alan Lieberman**
  jalieberman@pomlaw.com,lobas@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,fgravenson@pomlaw.com,ipareja@pomlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)