UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| BRUCE CARPER, Individually and on Behalf of All Others Similarly Situated, | : Civil Action No. 1:21-cv-05991-EK-SJB |
| Plaintiff, | : |
| vs. | : |
| TMC THE METALS COMPANY INC. F/K/A SUSTAINABLE OPPORTUNITIES ACQUISITION CORP., GERARD BARRON, and SCOTT LEONARD, | : |
| Defendants. | : |

|  |  |
|---|---|
| PHUOC CHAN TRAN, Individually and on Behalf of All Others Similarly Situated, | : Civil Action No. 1:21-cv-06325-ARR-CLP |
| Plaintiff, | : |
| vs. | : |
| TMC THE METALS COMPANY INC. F/K/A SUSTAINABLE OPPORTUNITIES ACQUISITION CORP., GERARD BARRON, and SCOTT LEONARD, | : |
| Defendants. | : |

[PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS, APPOINTING LEAD PLAINTIFF, AND APPROVING LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

4895-8458-5479.v1

Having considered Ali S. Afaneh's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel, and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED.

2. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, *Carper v. TMC the metals company Inc. f/k/a Sustainable Opportunities Acquisition Corp.*, No. 1:21-cv-05991-EK-SJB; and *Tran v. TMC the metals company Inc. f/k/a Sustainable Opportunities Acquisition Corp.* No. 1:21-cv-06325-ARR-CLP are consolidated as:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TMC THE METALS COMPANY INC. F/K/A SUSTAINABLE OPPORTUNITIES ACQUISITION CORP. SEC. LITIG. <br><br> This Document Relates To: <br>    ALL ACTIONS. | x <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> x | Master File No. 1:21-cv-05991-EK-SJB <br><br> <u>CLASS ACTION</u> |

(a)    The file in Case No. 1:21-cv-05991-EK-SJB shall constitute the master file for every action in the consolidated action. The Clerk shall administratively close the other action. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:". When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action;

(b)    All securities class actions on behalf of purchasers of TMC the metals company Inc. f/k/a Sustainable Opportunities Acquisition Corp. securities subsequently filed in, or

- 1 -

transferred to, this District shall be consolidated into this action. This Order shall apply to every such action, absent an order of the Court. A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action; and

(c)    This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown;

3.    Ali S. Afaneh is appointed as Lead Plaintiff for the class pursuant to 15 U.S.C. §78u-4(a)(3)(B)(iii).

4.    Mr. Afaneh's selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel is hereby approved, pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v). Lead Counsel shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class:

(a)    the briefing and argument of any and all motions;

(b)    the conduct of any and all discovery proceedings including depositions;

(c)    settlement negotiations;

(d)    the pretrial discovery proceedings and the preparation for trial and the trial of this matter, and delegation of work responsibilities to selected counsel as may be required;

(e)    the preparation and filing of all pleadings; and

(f)    the supervision of all other matters concerning the prosecution or resolution of the consolidated action.

IT IS SO ORDERED.

DATED: _____    _____
                                                        THE HONORABLE ERIC R. KOMITEE
                                                        UNITED STATES DISTRICT JUDGE

- 2 -

4895-8458-5479.v1