Case 1:21-cv-05991-EK-PK    Document 16-3    Filed 12/27/21    Page 1 of 2 PageID #: 360

# EXHIBIT C

Class Period: 03/04/2021 - 10/05/2021

TMC the metals company Inc.

| Name | Date | Shares Acquired | Price | Total Cost | Date** | Shares Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| Afaneh, Ali S. | 09/20/2021 | 2,210 | $10.18 | $22,497.80 | 09/20/2021 | 1,000 | $11.00 | $11,000.00 | |
| | 09/22/2021 | 440 | $8.88 | $3,907.20 | 10/06/2021 | 3,000 | $4.17 | $12,510.00 | |
| | 09/29/2021 | 13,350 | $4.62 | $61,677.00 | 10/07/2021 | 2,700 | $4.25 | $11,475.00 | |
| | | | | | 10/18/2021 | 1,000 | $3.76 | $3,756.70 | |
| | | | | | 10/26/2021 | 1,500 | $3.64 | $5,463.00 | |
| | | | | | 10/27/2021 | 150 | $3.61 | $541.41 | |
| | | | | | 10/28/2021 | 6,650 | $3.57 | $23,759.79 | |
| **Movant's Total** | | **16,000** | | **$88,082.00** | | **16,000** | | **$68,505.90** | **($19,576.11)** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period.  The price used is $3.06 as of December 22, 2021 for common stock.

**For post-class period sales, either the actual price or the mean price (end of class period to the actual post-class sale price) will be used depending on which value is higher.

Prices listed are rounded up to two decimal places.