**Schnader Harrison Segal & Lewis LLP**
Lisa J. Rodriguez
220 Lake Drive East, Suite 200
Cherry Hill, NJ 08002
(856) 482-5222 phone
(856) 482-5754 fax
Proposed Local Counsel for the Class
[Additional counsel appear on signature page]

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| GUILLERMO SANCHEZ, Individually and On Behalf of All Others Similarly Situated, | Case No. 2:21-cv-19374-KM-JBC |
| Plaintiff, | <u>CLASS ACTION</u> |
| v. | |
| HÖEGH LNG PARTNERS LP, SVEINUNG J. S. STØHLE, HÅVARD FURU, and STEFFEN FØREID, | |
| Defendants. | |
| ARTHUR F. ROIZMAN, Individually and On Behalf of All Others Similarly Situated, | Case No. 2:21-cv-19613-KM-JBC |
| Plaintiff, | CLASS ACTION |
| v. | |
| HÖEGH LNG PARTNERS LP, SVEINUNG J. S. STØHLE, HÅVARD FURU, and STEFFEN FØREID, | |
| Defendants. | |

**NOTICE OF MOTION OF OSCAR GONZALEZ FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFFAND APPOINTMENT OF LEAD COUNSEL**

PLEASE TAKE NOTICE that on a date and time that may be set by the Court, before the Honorable Kevin McNulty, at the United States District Court for the District of New Jersey, located at the Matin Luther King Building and United States Courthouse, Courtroom PO 04, 50 Walnut Street Room 4015, Newark, NJ 07101, Oscar Gonzalez will respectfully move this Court for entry of an Order, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"): (1) consolidating the above-captioned related actions; (2) appointing Mr. Gonzalez as Lead Plaintiff; (3) approving his selection of Block & Leviton LLP as Lead Counsel and Schnader Harrison Segal & Lewis LLP as Local Counsel for the class; and (4) for any further relief which the Court may deem just and proper.

This Motion is made on the grounds that Mr. Gonzalez believes that he is "the most adequate plaintiff" under the PSLRA and should, therefore, be appointed Lead Plaintiff. Specifically, Mr. Gonzalez believes that he has the largest financial interest in the relief sought by the Class in this action by virtue of, among other things, the significant losses he incurred on his class period transactions in Höegh LNG Partners LP securities. Further, Mr. Gonzalez satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure because his claims are typical of other Class

members' claims and because he will fairly and adequately represent the interests of the Class.

This Motion is based upon the accompanying supporting Memorandum of Law, the Declaration of Jeffrey C. Block filed herewith, Mr. Gonzalez's Declaration filed herewith, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, Mr. Gonzalez respectfully requests that the Court: (1) appoint him as Lead Plaintiff pursuant to the PSLRA; (2) approve his selection of Block & Leviton LLP as Lead Counsel and Schnader Harrison Segal and Lewis LLP as Local Counsel for the Class; and (3) grant any such further relief as the Court may deem just and proper.

Dated: December 27, 2021  Respectfully submitted,

*/s/ Lisa J. Rodriguez*
**Schnader Harrison Segal & Lewis LLP**
Lisa J. Rodriguez
220 Lake Drive East, Suite 200
Cherry Hill, NJ 08002
(856) 482-5222 phone
(856) 482-5754 fax
Email: ljrodriguez@schnader.com

*Local Counsel for Mr. Gonzalez*

*/s/ Jeffrey C. Block*
Jeffrey C. Block, *pro hac vice* forthcoming

Jacob A. Walker, *pro hac vice* forthcoming
Daniel P. Paglia, *pro hac vice* forthcoming
**BLOCK & LEVITON LLP**
260 Franklin St., Suite 1860
Boston, MA 02110
(617) 398-5600 phone
(617) 507-6020 fax
jeff@blockleviton.com
jake@blockleviton.com
dan@blockleviton.com

*Attorneys for Mr. Gonzalez and*
*Proposed Lead Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 27, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*/s/ Lisa J. Rodriguez*
Lisa J. Rodriguez