**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BRUCE CARPER, Individually and On Behalf of All Others Similarly Situated, | Case No. 1:21-cv-05991-EK-SJB |
| Plaintiff, | <u>CLASS ACTION</u> |
| v. | |
| TMC THE METALS COMPANY INC. F/K/A SUSTAINABLE OPPORTUNITIES ACQUISITION CORP., GERARD BARRON, and SCOTT LEONARD, | |
| Defendants. | |
| PHUOC CHAN TRAN, Individually and On Behalf of All Others Similarly Situated, | Case No. 1:21-cv-06325-ARR-CLP |
| Plaintiff, | <u>CLASS ACTION</u> |
| v. | |
| TMC THE METALS COMPANY INC. F/K/A SUSTAINABLE OPPORTUNITIES ACQUISITION CORP., GERARD BARRON, and SCOTT LEONARD, | |
| Defendants. | |

**NOTICE OF MOTION OF THE TMC INVESTORS GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPOINTMENT OF LEAD COUNSEL**

PLEASE TAKE NOTICE that on a date and time that may be set by the Court, before the Honorable Eric R. Komittee, at the United States District Court for the Eastern District of New York, located at Courtroom 6G North, 225 Cadman Plaza East, Brooklyn, New York 11201, the TMC Investors Group will respectfully move this Court for entry of an Order, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"): (1) consolidating the other securities fraud class action lawsuit against TMC the metals company, Inc. filed in this district under the lowest-numbered *Carper* docket; (2) appointing the TMC Investors Group as Lead Plaintiff; (3) approving its selection of Block & Leviton LLP as Lead Counsel for the class; ; and (4) providing any further relief that the Court may deem just and proper.

This Motion is made on the grounds that the TMC Investors Group believes that it is "the most adequate plaintiff" under the PSLRA and should, therefore, be appointed Lead Plaintiff. Specifically, the TMC Investors Group believes that it has the largest financial interest in the relief sought by the Class in this action by virtue of, among other things, the significant losses it incurred on its class period transactions in TMC the metals company, Inc. securities. Further, the TMC Investors Group satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure because its claims are typical of other Class members' claims and because it will fairly and adequately represent the interests of the Class.

This Motion is based upon the accompanying Memorandum of Law, the Declaration of Jeffrey C. Block filed herewith, the TMC Investors Group's Declaration filed herewith, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, the TMC Investors Group respectfully requests that the Court: (1) consolidate the other securities fraud class action lawsuit against TMC the metals company, Inc. filed in this district under the above-captioned docket; (2) appoint it as Lead Plaintiff pursuant to the PSLRA; (3) approve its selection of Block & Leviton LLP as Lead Counsel for the Class; and (4) grant any additional relief as the Court may deem just and proper.

Dated: December 27, 2021

Respectfully submitted,

*/s/ Jeffrey C. Block*
Jeffrey C. Block
Jacob A. Walker, *pro hac vice* to be filed
Daniel P. Paglia, *pro hac vice* to be filed
**BLOCK & LEVITON LLP**
260 Franklin St., Suite 1860
Boston, MA 02110
(617) 398-5600 phone
(617) 507-6020 fax
jeff@blockleviton.com
jake@blockleviton.com
dan@blockleviton.com

*Attorneys for the TMC Investors Group and Proposed Lead Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 27, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*/s/ Jeffrey C. Block*
Jeffrey C. Block