| | |
|---|---|
| BRUCE CARPER, Individually and On Behalf of All Others Similarly Situated, | Case No. 1:21-cv-05991-EK-SJB |
| Plaintiff, | CLASS ACTION |
| v. | |
| TMC THE METALS COMPANY INC. F/K/A SUSTAINABLE OPPORTUNITIES ACQUISITION CORP., GERARD BARRON, and SCOTT LEONARD, | |
| Defendants. | |
| PHUOC CHAN TRAN, Individually and On Behalf of All Others Similarly Situated, | Case No. 1:21-cv-06325-ARR-CLP |
| Plaintiff, | CLASS ACTION |
| v. | |
| TMC THE METALS COMPANY INC. F/K/A SUSTAINABLE OPPORTUNITIES ACQUISITION CORP., GERARD BARRON, and SCOTT LEONARD, | |
| Defendants. | |

**DECLARATION OF JEFFREY C. BLOCK IN SUPPORT OF THE TMC INVESTORS GROUP'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPOINTMENT OF LEAD COUNSEL**

I, Jeffrey C. Block, declare, under penalty of perjury:

1.      I am a partner with the law firm of Block & Leviton LLP. I submit this declaration in support of the motion of the TMC Investors Group for consolidation, appointment as lead plaintiff, and approval of its selection of counsel.

2.      Attached hereto as Exhibit A is a copy of a press release issued by Rosen Law Firm, dated October 28, 2021, announcing the filing of a class action against the above-referenced defendants and noticing that the filing date for appointment as Lead Plaintiff is December 27, 2021.

3.      Attached hereto as Exhibit B is a copy of the TMC Investors Group Joint Declaration, which states, among other things, that the Group is willing to serve as a representative plaintiff on behalf of the class.

4.      Attached hereto as Exhibit C are the certifications of the members of the TMC Investors Group.

5.      Attached hereto as Exhibit D is a chart reflecting the TMC Investors Group's losses in the relevant securities.

6.      Attached hereto as Exhibit E is a true and accurate copy of the firm resume of Block & Leviton LLP, proposed Lead Counsel.


Dated: December 27, 2021                    */s/ Jeffrey C. Block*
                                            Jeffrey C. Block

**CERTIFICATE OF SERVICE**

I hereby certify that on December 27, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

                                        */s/ Jeffrey C. Block*
                                        Jeffrey C. Block