# EXHIBIT B

**JOINT DECLARATION OF THE TMC INVESTORS GROUP**

The undersigned, under penalty of perjury under the laws of the United States of America, declare as follows:

1.      We respectfully submit this Joint Declaration in support of our motion for appointment as Lead Plaintiffs in the above-referenced action and approval of our selection of Lead Counsel ("the Motion"). We each have personal knowledge about the information in this Joint Declaration relating to ourselves.

2.      I, Christopher J. Matthaei, am a resident of Brielle, New Jersey. I am 43 years old and have over 20 years of experience investing in the securities markets. I am a Partner at Elevation LLC and have worked in securities industry since 2001. My certification and loss chart attached to the Motion detail my transactions in TMC the metals company ("TMC") securities.

3.      Edge Harbor Limited Partnership Trust ("the Trust") is established under the laws of the State of Arizona for the benefit of Christopher J. Matthaei and his wife, Courtney J. Matthaei. Christopher J. Matthaei, as trustee, has legal authority to act on behalf of the Trust.

4.      I, Christopher Fargnoli, am a resident of Rumson, New Jersey. I am 41 years old and have over eighteen years of experience investing in the securities markets. I am employed at Elevation LLC as an institutional sales trader and have worked in the securities industry for just under two decades. My certification and loss chart attached to the Motion detail my transactions in TMC the metals company ("TMC") securities.

5.      We, Christopher Matthaei and Christopher Fargnoli, have known each other for roughly twenty years since becoming friends as undergraduate students at Gettysburg College and have worked together at Elevation LLC since 2010.

Doc ID: ee1ae850a4c10825cce067a4e85421fab17ba7d3

6. The Certifications we submitted with the Motion accurately reflects our transactions in TMC securities during the Class Period.

7. After a thorough consultation, and after considering the merits of the action against TMC, we retained Block & Leviton LLP to act as our attorney and to seek lead plaintiff status in this lawsuit on behalf of ourselves.

8. We believe that the Court should appoint us as Lead Plaintiffs because we are experienced investors with a significant interest in the outcome of the litigation and we have the capability and competency to oversee this litigation to a successful conclusion. We are capable of actively participating in this litigation and are committed to doing so, in part by working with our Lead Counsel to obtain the best possible recovery for the Class in an efficient manner. Moreover, we are confident that our long-standing experience working together as business partners has prepared us well to jointly make the necessary decisions to oversee Lead Counsel.

9. We understand that one of our primary responsibilities will be overseeing Lead Counsel to ensure that the litigation is handled efficiently, and that the resulting fees and expenses are fair and reasonable, relative to the size, complexity, and risk of the litigation.

10. We understand that we could have chosen to take no action and remained absent class members. However, due to our financial losses and our desire to actively oversee this litigation, we affirmatively decided that it would benefit both us and the Class we seek to represent if we sought appointment as Lead Plaintiffs.

11. We are committed to the zealous prosecution of this case and will remain actively involved in it, including through our attendance at deposition and trial, at necessary. We understand that if appointed as Lead Plaintiffs, we owe a fiduciary duty to all members of the

Doc ID: ee1ae850a4c10825cce067a4e85421fab17ba7d3

putative class to provide fair and adequate representation and to work with Lead Counsel to obtain the largest possible recovery for the class consistent with good faith and vigorous advocacy.

12.     We each have knowledge of the requirements and responsibilities of lead plaintiffs in a securities class action. We have agreed to exercise joint decision making and to work together if appointed in this action to fairly and adequately protect the interests of the Class. We will also have at least quarterly calls with counsel to discuss the status of the litigation and ensure its proper prosecution. We will have additional calls as events and circumstances in the litigation may warrant.

13.     We will attempt to reach decisions via consensus in a collectively and collaborative manner, but if we are unable to reach consensus, we agree that Christopher Matthaei, acting on behalf of himself and the Trust, will be the final decisionmaker because he holds a larger financial interest in this action.

14.     We understand that, as Lead Plaintiffs in this action, we are subject to the jurisdiction of the Court and will be bound by rulings of the Court, including rulings regarding any judgments.

15.     As Lead Plaintiffs, we shall be responsible for directing the activities of our counsel for the duration of the litigation, who shall:

   a.  Determine and present the position of Lead Plaintiffs on all matters that may arise during litigation of the action;

   b.  Coordinate the initiation of and conduct discovery on behalf of Lead Plaintiffs, including the preparation of interrogatories and requests for production of documents and the examination of witnesses in depositions;

   c.  Conduct settlement negotiations on behalf of Lead Plaintiffs;

3

Doc ID: ee1ae850a4c10825cce067a4e85421fab17ba7d3

d.  Negotiate and enter into those stipulations with opposing counsel necessary for the conduct of the litigation;

e.  Retain expert consultants and witnesses;

f.  Prepare and distribute periodic status reports to the Lead Plaintiffs;

g.  Maintain adequate time and disbursement records covering services as Lead Counsel; and

h.  Perform such other duties as may be incidental to the proper and efficient coordination of the litigation or which may be authorized by further order of the Court.

Signed under penalties of perjury under the laws of the United States of America:

4

Christopher J. Matthaei

_____

Dated: 12 / 23 / 2021

5

Doc ID: ee1ae850a4c10825cce067a4e85421fab17ba7d3

Edge Harbor Limited Partnership Trust

_____

Dated: _12 / 23 / 2021_____

6

Doc ID: ee1ae850a4c10825cce067a4e85421fab17ba7d3

Christopher Fargnoli

_____

Dated: 12 / 24 / 2021
      _____

Doc ID: ee1ae850a4c10825cce067a4e85421fab17ba7d3