**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BRUCE CARPER, Individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>   v.<br><br>TMC THE METALS COMPANY INC. F/K/A SUSTAINABLE OPPORTUNITIES ACQUISITION CORP., GERARD BARRON, and SCOTT LEONARD,<br><br>     Defendants. | Case No. 1:21-cv-05991-EK-SJB<br><br><br>**[PROPOSED] ORDER GRANTING MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

The Motion to Admit Counsel Pro Hac Vice in the above captioned matter is granted. The admitted attorney, Kristin N. Murphy, is permitted to argue or try this particular case in whole or in part as counsel for Defendants TMC the metals company Inc. f/k/a Sustainable Opportunities Acquisition Corp., Gerard Barron, and Scott Leonard.

This Order becomes effective upon the Court's receipt of the required $150.00 fee and confirms your appearance as counsel in this case. A notation of your admission pro hac vice in the above listed case will be made on the roll of attorneys.

/s/ *Sanket J. Bulsara* 1/6/2022
SANKET J. BULSARA
United States Magistrate Judge