UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

———————————————————— x
BRUCE CARPER, Individually and on Behalf :   Civil Action No. 1:21-cv-05991-EK-SJB
of All Others Similarly Situated, :
                             :
              Plaintiff, :
                             :
      vs. :
                             :
TMC THE METALS COMPANY INC. F/K/A :
SUSTAINABLE OPPORTUNITIES :
ACQUISITION CORP., GERARD BARRON, :
and SCOTT LEONARD, :
                             :
             Defendants. :
                             :
———————————————————— x
PHUOC CHAN TRAN, Individually and on   :   Civil Action No. 1:21-CV-06325-ARR-CLP
Behalf of All Others Similarly Situated, :
                             :
              Plaintiff, :
                             :
      vs. :
                             :
TMC THE METALS COMPANY INC. F/K/A :
SUSTAINABLE OPPORTUNITIES :
ACQUISITION CORP., GERARD BARRON, :
and SCOTT LEONARD, :
                             :
             Defendants. :
———————————————————— x

ALI S. AFANEH'S NOTICE OF NON-OPPOSITION TO COMPETING MOTIONS FOR
CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND
APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

On December 27, 2021, Ali S. Afaneh timely filed a Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). *See* ECF No. 14. On that date, similar motions were filed by other members of the putative class in this action. *See* ECF Nos. 7, 10, 12, 19.

The PSLRA provides a presumption that the "most adequate plaintiff" to represent the interests of class members is the person or group that, among other things, has "the largest financial interest in the relief sought by the class" and that "otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure." 15 U.S.C. §78u-4(a)(3)(B)(iii). Having reviewed the competing motions and supporting papers provided by the other movants seeking appointment as lead plaintiff, it appears that Mr. Afaneh does not possess the "largest financial interest in the relief sought by the class" as required by the PSLRA. If the Court determines that the other lead plaintiff movants with losses larger than Mr. Afaneh are incapable or inadequate to represent the class in this litigation, Mr. Afaneh remains willing and able to serve as lead plaintiff or as a class representative. By this Notice of Non-Opposition, Mr. Afaneh does not waive his rights to participate and recover as a class member in this litigation.

DATED: January 10, 2022

Respectfully Submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD

*s/ David A. Rosenfeld*
DAVID A. ROSENFELD

- 1 -

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
JENNIFER N. CARINGAL
MICHAEL ALBERT
JUAN CARLOS SANCHEZ
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone: 619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
jcaringal@rgrdlaw.com
malbert@rgrdlaw.com
jsanchez@rgrdlaw.com

[Proposed] Lead Counsel for [Proposed] Lead
Plaintiffs

- 2 -

4864-9647-7961.v1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on January 10, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ David A. Rosenfeld
DAVID A. ROSENFELD

ROBBINS GELLER RUDMAN
   & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

E-mail:  drosenfeld@rgrdlaw.com

4864-9647-7961.v1

Case 1:21-cv-05991-EK-PK   Document 39   Filed 01/10/23   Page 5 of 5 PageID #: 542

# Mailing Information for a Case 1:21-cv-05991-EK-SJB Carper v. TMC the metals company Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Adam Apton**
  aapton@zlk.com

- **Jeffrey C. Block**
  jeff@blockesq.com

- **Jeff G. Hammel**
  jeff.hammel@lw.com,jessica.bengels@lw.com,jeff-hammel-1442@ecf.pacerpro.com,ny-courtmail@lw.com,new-york-ma-2860@ecf.pacerpro.com

- **Phillip Kim**
  pkim@rosenlegal.com,pkrosenlaw@ecf.courtdrive.com

- **Jeremy Alan Lieberman**
  jalieberman@pomlaw.com,lobas@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,fgravenson@pomlaw.com,ipareja@pomlaw.com

- **Kristin N Murphy**
  kristin.murphy@lw.com,kristin-murphy-2919@ecf.pacerpro.com,#ocecf@lw.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,2879289420@filings.docketbird.com,e_file_sd@rgrdlaw.com,drosenfeld@ecf.courtdrive.com

- **Colleen Smith**
  colleen.smith@lw.com,colleen-c-smith-7786@ecf.pacerpro.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)