# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRUCE CARPER, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>        v.<br><br>TMC THE METALS COMPANY INC. F/K/A SUSTAINABLE OPPORTUNITIES ACQUISITION CORP., GERARD BARRON, and SCOTT LEONARD,<br><br>    Defendants. | Case No. 1:21-cv-05991-EK-SJB<br><br><br>CLASS ACTION |
| PHUOC CHAN TRAN, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>        v.<br><br>TMC THE METALS COMPANY INC. F/K/A SUSTAINABLE OPPORTUNITIES ACQUISITION CORP., GERARD BARRON, and SCOTT LEONARD,<br><br>    Defendants. | Case No. 1:21-cv-06325-ARR-CLP<br><br><br>CLASS ACTION |

**MEMORANDUM IN FURTHER SUPPORT OF THE TMC INVESTORS GROUP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND IN OPPOSITION TO THE COMPETING MOTIONS**

**INTRODUCTION**

Presently pending in this District are two related securities class actions brought on behalf of purchasers of securities of TMC the metals company Inc. ("TMC" or the "Company"). Five movants have filed motions seeking lead plaintiff appointment in the Related Actions on December 27, 2021—the deadline to file such a motion. Two movants have since filed notices of non-opposition (ECF Nos. 29, 30). The TMC Investors Group, which lost over 13 times more than any other movant, is entitled to the lead plaintiff presumption afforded under the Private Securities Litigation Reform Act, and no other movant can rebut that presumption. The Related Actions should be consolidated, the TMC Investors Group should be appointed lead plaintiff, and its choice of Block & Leviton LLP should be appointed lead counsel.

**COMPETING MOTIONS**

Five motions seeking lead plaintiff were filed (motions for which a notice of non-opposition has been filed have been struck from the table):

| MOVANT | ECF NO. (CARPER) | ASSERTED LOSSES |
|---|---|---|
| TMC Investors Group | 20 | $2,675,167.00 |
| Kyle Autry Point12 Diversified Fund, LP | 11 | $198,370.00 |
| ~~Steven Hong~~ | ~~13~~ | ~~$120,539.25~~ |
| Tran S. Hien | 8 | $40,250.00 |
| ~~Ali S. Afaneh~~ | ~~15~~ | ~~$19,576.11~~ |

**ARGUMENT**

**I.      The Court Should Consolidate the Related Actions**

For the reasons set forth in the TMC Investors Group's motion, the Court should consolidate the Carper and Tran actions into the lowest-numbered Carper docket. *See* ECF No. 20 at 5. The other movants agree that the Related Actions should be consolidated. *See* ECF No. 8 at 4-5; ECF No. 11 at 4-5; ECF No. 13 at 6-7; ECF No. 15 at 4.

**II.      The TMC Investors Group Is the Presumptive Lead Plaintiff**

The PSLRA instructs the Court to adopt a rebuttable presumption that the "most adequate plaintiff" is the movant with "the largest financial interest in the relief sought by the class" who "otherwise satisfies the requirements of Rule 23." 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I). The TMC Investors Group has the largest financial interest in this action. Indeed, the TMC Investors Group's losses of $2,675,167 significantly exceed the losses asserted by any competing movant before the Court.

In determining the movant with the largest financial interest, there are several elements that courts in this District consider, "[h]owever, most courts 'place the most emphasis on the last of the four factors: the approximate loss suffered by the movant.'" *In re Gentiva Sec. Litig.*, 281 F.R.D. 108, 112 (E.D.N.Y. 2012) (quoting *Baughman v. Pall Corp.*, 250 F.R.D. 121, 125 (E.D.N.Y. 2008)); *see also Kux-Kardos v. VimpelCom, Ltd.*, 151 F. Supp. 3d 471, 476 (S.D.N.Y. 2016) ("It is well settled that '[f]inancial loss, . . . is the most important element of the test.'") (citation omitted).

Here, the TMC Investors Group's losses of $2,675,167 are the largest of any other movant before the Court, by over 13 times. Accordingly, the TMC Investors Group has the largest financial interest in this action, is otherwise adequate and typical, and is entitled to the PSLRA's lead plaintiff presumption.

**III.    No One Can Rebut the Presumption of the TMC Investors Group's Adequacy**

The presumption in favor of the TMC Investors Group being appointed as Lead Plaintiff can be rebutted "only upon proof by a member of the purported plaintiff class that the presumptively most adequate plaintiff will not fairly and adequately protect the interests of the class, or is subject to unique defenses that render such plaintiff incapable of adequately representing the class." 15 U.S.C. § 78u-4(a)(3)(B)(iii)(II) (punctuation cleaned up). None of the competing movants can proffer any such proof.

As explained in its opening papers, the TMC Investors Group's claims are typical of those of the class. ECF No. 20 at 7-8. And the TMC Investors Group has shown its adequacy by selecting Block & Leviton LLP, a firm highly experienced in securities litigation, as lead counsel for the class. *Id*. at 8.

Furthermore, in evaluating whether a group of investors seeking appointment as lead plaintiff "will function in a sufficiently cohesive manner to permit its appointment as lead plaintiff, courts in this circuit consider: '(1) the existence of a pre-litigation relationship between group members; (2) involvement of the group members in the litigation thus far; (3) plans for cooperation; (4) the sophistication of its members; and (5) whether the members chose outside counsel, and not vice versa.'" *Jonathan Tan v. NIO Inc.*, 2020 WL 1031489, at *3 (E.D.N.Y. Mar. 3, 2020) (quoting *Varghese v. China Shenghuo Pharm. Holdings, Inc.*, 589 F. Supp. 2d 388, 392 (S.D.N.Y. 2008)). Here, as demonstrated by the Joint Declaration submitted with its opening papers, the TMC Investors Group is precisely the type of cohesive group that will adequately represent the interest of the class. The TMC Investors Group consist of Christopher Matthaei, a trust established for the benefit of Mr. Matthaei and his wife, for which Mr. Matthaei is trustee, and Christopher Fargnoli. (ECF No. 21-2, ¶¶ 2-4). The members of the TMC Investors Group have

known each other personally and professionally for roughly twenty years (*Id*. ¶ 5); made the decision to move for lead plaintiff and retain Block & Leviton only after a thorough consultation and consideration of the merits of the action (*Id*. ¶ 7); possess significant professional experience in the securities industry (*Id*. ¶¶ 2, 4); and, by virtue of their long-standing experience working together as business partners, are well-suited to working cooperatively to oversee the litigation (*Id*. ¶ 8).

**IV.    The Court Should Approve the TMC Investors Group's Selection of Block & Leviton LLP as Lead Counsel**

The PSLRA vests authority in the lead plaintiff to select and retain lead counsel, subject to approval of the Court. 15 U.S.C. § 78u-4(a)(3)(B)(v). The Court should interfere with the Lead Plaintiff's selection only when necessary "to protect the interests of the class." 15 U.S.C. § 78u-4(a)(3)(B)(iii)(II)(aa).

Here, the TMC Investors Group has selected Block & Leviton LLP as Lead Counsel for the Class. As the firm's resume reflects, Block & Leviton is highly experienced in the areas of securities litigation and class actions, and has successfully prosecuted numerous securities litigations and securities fraud class actions on behalf of investors. *See* ECF No. 21-5. The Court may therefore be assured that by approving the TMC Investors Group's selection of counsel, the members of the Class will receive top legal representation.

**CONCLUSION**

For the foregoing reasons, the TMC Investors Group respectfully requests that the Court: (i) consolidate the other securities fraud class action lawsuit against TMC filed in this district under the lowest-numbered *Carper* docket; (ii) appoint the TMC Investors Group as Lead Plaintiff in the Action; (iii) approve its selection of Lead Counsel as set forth herein; and (iv) grant such other relief as the Court may deem just and proper.

January 10, 2022

Respectfully submitted,

*/s/ Jeffrey C. Block*
Jeffrey C. Block
Jacob A. Walker, *pro hac vice* to be filed
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600 phone
(617) 507-6020 fax
jeff@blockleviton.com
jake@blockleviton.com

*Attorneys for the TMC Investors Group and
Proposed Lead Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*/s/ Jeffrey C. Block*
Jeffrey C. Block