UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRUCE CARPER, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TMC THE METALS COMPANY INC. F/K/A SUSTAINABLE OPPORTUNITIES ACQUISITION CORP., GERARD BARRON, and SCOTT LEONARD,<br><br>Defendants. | Case No. 1:21-cv-05991-EK-SJB<br><br>DECLARATION OF JEREMY A. LIEBERMAN: (1) IN FURTHER SUPPORT OF MOTION OF POINT12 DIVERSIFIED FUND, LP AND KYLE AUTRY FOR CONSOLIDATION, APPOINTMENT AS CO-LEAD PLAINTIFFS, AND APPROVAL OF LEAD COUNSEL; AND (2) IN OPPOSITION TO COMPETING MOTIONS |
| PHUOC CHAN TRAN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TMC THE METALS COMPANY INC. F/K/A SUSTAINABLE OPPORTUNITIES ACQUISITION CORP., GERARD BARRON, and SCOTT LEONARD,<br><br>Defendants. | Case No. 1:21-cv-06325-ARR-CLP |

I, Jeremy A. Lieberman, Esq., hereby declare as follows:

1. I am a Partner with Pomerantz LLP ("Pomerantz"), counsel on behalf Point12 Diversified Fund, LP ("Point12") and Kyle Autry ("Autry"), and have personal knowledge of the facts set forth herein. My office is located at 600 Third Avenue, New York, New York 10016.

2. I make this Declaration: (i) in further support of Point12 and Autry's motion for appointment as Lead Plaintiffs and approval of their selection of Pomerantz as Lead Counsel for the Class; and (ii) in opposition to competing motions seeking appointment as Lead Plaintiff filed by other putative Class members.

1

2

3.　　　Attached hereto as Exhibit A is a true and correct copy of a chart reflecting the Class Period transactions in the securities that are the subject of this litigation as submitted by competing movants Edge Harbor Limited Partnership Trust, Christopher J. Matthaei, and Christopher Fargnoli, annotated to include the price range within which such securities traded on the dates in question.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on January 10, 2022, at New York, New York.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman