**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE TMC THE METALS COMPANY INC. SECURITIES LITIGATION | Master File No. 21-CV-5991-EK-SJB |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN FURTHER SUPPORT OF MOTION TO DISMISS THE AMENDED COMPLAINT**

Defendants TMC the metals company Inc. ("TMC"), f/k/a Sustainable Opportunities Acquisition Corp. ("SOAC"), Gerard Barron, and Scott Leonard (together, "Defendants"), hereby submit the following supplemental authority in support of their Motion to Dismiss the Amended Complaint (ECF 46): *In re CarLotz, Inc. Securities Litigation*, 2023 WL 2744064 (S.D.N.Y. Mar. 31, 2023). The Opinion and Order is attached as Exhibit 1.

In *CarLotz*, Judge Abrams analyzed the Second Circuit's purchaser-seller rule in the context of a merger between a private company and a special purpose acquisition company ("SPAC"). The purchaser-seller rule "requires plaintiffs to have bought or sold the security about which a misstatement was made in order to have standing to sue under Section 10(b)" and Rule 10b-5. *Menora Mivtachim Ins. Ltd. v. Frutarom Indus. Ltd.*, 54 F.4th 82, 85 (2d Cir. 2022). Judge Abrams held that the purchaser-seller rule "forecloses Plaintiffs' challenge to any statements made by Pre-Merger CarLotz about Pre-Merger CarLotz" because "neither of the named Plaintiffs purchased shares of Pre-Merger CarLotz—a privately held entity." *CarLotz*, 2023 WL 2744064 at *4. As a result, the plaintiffs in *CarLotz* "lack[ed] standing to challenge any statements made by Pre-Merger CarLotz about Pre-Merger CarLotz."

In this case, TMC's predecessor, DeepGreen, completed its business combination with Sustainable Opportunities Acquisition Corporation ("SOAC") on September 9, 2021. ECF 46-1 at 4. Nine of the eleven statements challenged in the Complaint were made before this date, and all nine concerned pre-merger DeepGreen. See *id.*, App'x A. According to their certifications, neither of the lead plaintiffs purchased shares of pre-merger TMC (DeepGreen) and neither purchased any TMC securities of any sort until weeks after the deSPAC merger on September 9, 2021 (the earliest purchase date was September 21, 2021). ECF 11-4. The standing analysis in *CarLotz* is directly relevant to this Court's determination of whether Plaintiffs have standing to challenge the nine statements made before the completion of the DeepGreen-SOAC business combination.

Dated: May 10, 2023                                Respectfully Submitted,

                                                   **LATHAM & WATKINS LLP**

                                                   /s/ *Jeff G. Hammel*
                                                   Jeff G. Hammel
                                                   1271 Avenue of the Americas
                                                   New York, New York 10020
                                                   Tel: (212) 906-1200
                                                   Fax: (212) 751-4864
                                                   Email: jeff.hammel@lw.com

                                                   Colleen Smith (*admitted pro hac vice*)
                                                   12670 High Bluff Drive
                                                   San Diego, CA 92130-3086
                                                   Tel: (858) 523-5400
                                                   Fax: (858) 523-5450
                                                   Email: colleen.smith@lw.com

                                                   Kristin N. Murphy (*admitted pro hac vice*)
                                                   650 Town Center Drive, 20th Floor
                                                   Costa Mesa, CA 92626-1925
                                                   Tel: (714) 540-1235
                                                   Fax: (714) 755-8290

Email:  kristin.murphy@lw.com

*Attorneys for Defendants TMC the metals company Inc. f/k/a Sustainable Opportunities Acquisition Corp., Gerard Barron, and Scott Leonard*