**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE TMC THE METALS COMPANY INC. SECURITIES LITIGATION | Master File No. 21-CV-5991-EK-SJB<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>**CLASS ACTION** |

Co-Lead Plaintiffs Point12 Diversified Fund, LP and Kyle Autry respectfully submit this response to the Notice of Supplemental Authority and supporting documents (the "Notice") filed by TMC The Metals Company Inc. f/k/a Sustainable Opportunities Acquisition Corp. ("TMC"), Gerard Barron, and Scott Leonard (collectively, "Defendants"). *See* ECF Nos. 50 & 50-1.

Defendants' submission of a district court opinion in *In re CarLotz, Inc. Securities Litigation*, 2023 WL 2744064 (S.D.N.Y. Mar. 31, 2023) leaves no doubt that Plaintiffs have standing under the Second Circuit's purchaser-seller rule, which "requires plaintiffs to have bought or sold the security ***about which a misstatement was made*** in order to have standing to sue under Section 10(b)." *Menora Mivtachim Ins. Ltd. v. Frutarom Indus. Ltd.*, 54 F.4th 82, 86 (2d Cir. 2022) (emphasis supplied).[1] The *CarLotz* court applied *Frutarom* to hold that plaintiffs there "lack[ed] standing to challenge any statements ***made by Pre-Merger CarLotz about Pre-Merger CarLotz***[,]" *see CarLotz*, 2023 WL 2744064 at *4 (emphasis supplied). Significantly, the opinion demonstrates that the "Pre-Merger CarLotz" statements concerned only the current state of "Pre-Merger CarLotz" and said nothing about "Post-Merger CarLotz." *See id.* at *2.

By contrast, Defendants' March 4, 2021 press release, which kicked off the Class Period,

---

[1] The statements held inactionable by the *Frutarom* panel ***exclusively*** concerned Frutarom Industries, Ltd., whereas the plaintiffs were shareholders in IFF, a company that acquired Frutarom after the statements in question were made. *See id.*, 54 F.4th at 84.

expressly concerned "*the combined company*, which will be renamed 'TMC the metals company Inc.' and operate as The Metals Company upon closing." ECF No. 46-3 (emphasis supplied). Indeed, in the same press release, Defendants boasted that "*[t]he transaction reflects a pro forma equity value for TMC of approximately US$2.9 billion* …." *Id.* (emphasis supplied). The press release also provides contact information for "*DeepGreen/The Metals Company*." *Id.*  Finally, it directly refers to and contains quotes from the SPAC sponsor's CEO, who touted the benefits of DeepGreen as an acquisition for the SPAC sponsor, as well as the sponsor's own due diligence (*e.g.*, "We looked at over 100 companies, many of them in the EV and renewable energy space. DeepGreen stands above the rest.").

Accordingly, the actual documents involved in this case demonstrate that the facts before this Court are the opposite of the scenario described in *CarLotz*.  By their plain text, the documents here address the post-merger company (as well as its surviving predecessor, the SPAC sponsor). Thus, they confirm that Plaintiffs, who are TMC investors, have standing to challenge Defendants' statements about TMC under *Frutarom* and *CarLotz*. For the foregoing reasons, as well as those set forth in Plaintiffs' opposition papers, Defendants' Motion to Dismiss should be denied.

Dated:  May 12, 2023

Respectfully submitted,

**POMERANTZ LLP**

*/s/ Louis C. Ludwig*
Louis C. Ludwig
Joshua B. Silverman (*pro hac vice*)
10 South LaSalle St., Ste. 3505
Chicago, IL 60603
Telephone: (312) 377-1181
lcludwig@pomlaw.com
jbsilverman@pomlaw.com

*Lead Counsel for Co-Lead Plaintiffs*

**BRONSTEIN, GEWIRTZ, &
GROSSMAN, LLC**
Peretz Bronstein
Eitan Kimelman
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone (212) 697-6484
Email: peretz@bgandg.co

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on May 12, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

Dated: May 12, 2023

Respectfully submitted,

**POMERANTZ LLP**

*/s/ Louis C. Ludwig*
Louis C. Ludwig
Joshua B. Silverman (*pro hac vice*)
10 South LaSalle St., Ste. 3505
Chicago, IL 60603
Telephone: (312) 377-1181
lcludwig@pomlaw.com
jbsilverman@pomlaw.com

*Lead Counsel for Co-Lead Plaintiffs*

**BRONSTEIN, GEWIRTZ, & GROSSMAN, LLC**
Peretz Bronstein
Eitan Kimelman
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone (212) 697-6484
Email: peretz@bgandg.com