UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------- X
POINT12 DIVERSIFIED FUND, LP and
KYLE AUTRY, individually and on behalf of all
others similarly situated,

        Plaintiffs,                                    JUDGMENT

    v.                                              21-CV-5991(EK)(PK)

TMC The Metals Company, et al.,

        Defendants.
---------------------------------------------------------- X

        A Memorandum and Order of Honorable Eric Komittee, United States District Judge, having been filed on July 11, 2025, granting the defendants' motion to dismiss the complaint in its entirety; it is

        ORDERED and ADJUDGED that the defendants' motion to dismiss the complaint is granted in its entirety.

Dated: Brooklyn, NY                                                            Brenna B. Mahoney
       July 14, 2025                                                            Clerk of Court

                                                                                   By: */s/Jalitza Poveda*
                                                                                           Deputy Clerk